No. 10–9270. HARMON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 10–9277. HAMMER v. FOREST HIGHLANDS COMMUNITY ASSN. Sup. Ct. Pa. Certiorari denied.

No. 10–9279. LIFRIERI v. LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–9281. BAILEY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–9284. CHANDLER v. STINE, SUPERINTENDENT, NEW CASTLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 10–9285. DAWSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9287. SAMUEL v. BROWN ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–9289. RITTER v. RITTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–9293. LANE v. VALONE ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–9294. JOHNSON v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9297. AMIGON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 10–9298. BROOKS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–9305. BINH LY v. MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–9307. RIDENOUR v. COLLINS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.